UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| NICHOLAS HARRIES,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Civil No. 3:23-CV-01207-MC<br><br>ORDER OF REMAND |

Based on the stipulation of the parties, the Court hereby ORDERS that this case be remanded to the agency for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

On remand, the administrative law judge (ALJ) will take any further action needed to complete the administrative record, and issue a new decision.

After judgment, Plaintiff may be entitled to reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

IT IS SO ORDERED this __15th__ day of __April__ 2024.

__s/Michael J. McShane__
CHIEF UNITED STATES DISTRICT JUDGE

Submitted by:

NATALIE K. WRIGHT, OSB #035576
United States Attorney
District of Oregon
KEVIN DANIELSON, OSB #065860
Executive Assistant U.S. Attorney
Mathew Pile
Associate General Counsel
Office of Program Litigation, Office 7

s/ Delores Montgomery
DELORES MONTGOMERY, CA BAR #267878
Special Assistant U.S. Attorney
Office of Program Litigation, Office 3
Office of the General Counsel
Social Security Administration
Attorneys for Defendant